SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID CHOATE, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DNA STAT, *et. al.*, <br><br> Defendants. | Civil Action No. 3:14-CV-1691-B <br><br> FILED UNDER SEAL |

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS DNA STAT, LLC AND RESEARCH & DEVELOPMENT INSTITUTE, INC.

On January 9, 2018, Relators David Choate and Don Pyburn (Relators) filed an Unopposed Notice of Dismissal Without Prejudice for Defendants DNA Stat, LLC (DNA Stat) and Research & Development Institute, Inc. (RDI), pursuant to Rule 41 of the Federal Rules of Civil Procedure. On January 9, 2018, the United States of America filed its consent to such dismissal pursuant to 31 U.S.C. § 3730(b)(1), provided that the dismissal is without prejudice to the United States. Having reviewed the Notice and the United States's consent, the Court rules as follows:

IT IS HEREBY ORDERED that the claims asserted in this action against Defendants DNA Stat and RDI are dismissed without prejudice as to the Relators.

IT IS FURTHER ORDERED that the claims asserted in this action against Defendants DNA Stat and RDI are dismissed without prejudice as to the United States of America.

Order Dismissing Claims against Defendants DNA Stat, LLC and RDI - Page 1

**SO ORDERED.**

Dated this ___17___ day of January, 2018.

_____
HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE