

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID CHOATE, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DNA STAT, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-CV-1691-B <br><br> FILED UNDER SEAL |

## AGREED JUDGMENT

In accordance with the Stipulation For Entry of Agreed Judgment stipulated to and agreed upon by the United States of America and Mitch Edland, and Federal Rule of Civil Procedure 58,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States of America has judgment against defendant Mitch Edland, for the sum of $6,371,085 and interest thereon from the date of this judgment at the rate of 1.22 % per annum, compounded annually until paid, for all of which United States of America may have its execution.

SO ORDERED this 18th day of Jan, 2018

_____
UNITED STATES DISTRICT JUDGE

**Agreed Judgment**

AGREED TO AS TO FORM AND CONTENT:

JOHN R. PARKER
United States Attorney

Lindsey Beran
Assistant United States Attorney
Texas State Bar No. 24051767
Dawn Theiss
Assistant United States Attorney
Texas State Bar No. 24051755
1100 Commerce St., Suite 3000
Dallas, TX 75242
Telephone: 214.659.8666
lindsey.beran@usdoj.gov
dawn.theiss@usdoj.gov
Counsel for the United States of America

Mitch Edland
2102 Menton Dr.
Carrollton, TX 75006
469-951-4888
mitch@mitchedland.com

Defendant