# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Mitch Edland<br>Dallas County, Texas<br><br>SSN: xxx-xx-6384<br>CASE NO.: 3:14-CV-1691-B | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditor's Attorney | Docketed |
|---|---|---|
| $6,371,085.00<br><br>plus interest at the rate of 1.22% per annum. | Dawn Theiss<br>Assistant U.S. Attorney<br>1100 Commerce Street, 3rd Fl.<br>Dallas, TX 75242 | 1/17/2018 |

| UNITED STATES OF AMERICA | CLERK'S OFFICE | U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION |

I CERTIFY that the foregoing is a correct Abstract of Judgment entered by this Court.

Date: AUG 0 4 2022, 2022

**CLERK OF COURT**, Clerk

By: M. Bailey, Deputy Clerk

Record and return to:
Financial Litigation Unit
U.S. Attorney's Office
1100 Commerce St., 3rd Fl.
Dallas, TX 75242
(972) 616-9336
USATXN.FLU.EMAIL@usdoj.gov